UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| TAWNA BOWLES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 23-146-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SSRG II, LLC, d/b/a CHICKEN SALAD CHICK, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order entered on this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.   Judgment is entered in favor of Defendant SSRG II, LLC, d/b/a Chicken Salad Chick, regarding all claims asserted in this action by Plaintiff Tawna Bowles.

2.   Plaintiff Tawna Bowles' claims are **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

3.   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 11, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky